**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1444**

---

MICHAEL P. NASIATKA,

Plaintiff - Appellant,

versus

GORDON R. ENGLAND, Secretary, Department of
the Navy,

Defendant - Appellee,

and

HANSFORD T. JOHNSON, Acting Secretary of the
Navy; RICHARD J. NAUGHTON, Vice Admiral,

Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
03-900-RDB)

---

Submitted:  March 29, 2006             Decided:  April 10, 2006

---

Before WILKINSON, WILLIAMS, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael P. Nasiatka, Appellant Pro Se.  Tarra Deshields Minnis,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael P. Nasiatka appeals the district court's order granting summary judgment in favor of his employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nasiatka v. England, No. CA-03-900-RDB (D. Md. Oct. 9, 2003; Mar. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED